AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:20-mj-222 |
| | ) | |
| Travis Austin Hessel | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 4, 2020** in the county of **Multnomah** in the
District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder - Intentionally Obstructing, Impeding, Interfering with Law Enforcement Officers Engaged in Official Duties |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Joseph Youngblood

☑ Continued on the attached sheet.

/s/ Joseph Youngblood
*Complainant's signature*

FBI Special Agent Joseph Youngblood
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:47 p.m.

Date: 08/30/2020

*Judge's signature*

City and state: Portland, Oregon    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*